**No. 60616.**—The Kemper Thomas Co. *v.* United States, protest 292632–K (Cleveland).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of molds in chief value of metal, designed only for use on bending machines for shaping decorated glass pieces, which machines contain an essential electrical feature, having the same uses and of the same kind in all material respects as the molds which were the subject of Abstract 59921, the claim of the plaintiff was sustained.